DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HECTOR HUGO GUILLEN, JR.,

Appellant,

v.

HESTER LISZT GUILLEN,

Appellee.

No. 2D2025-0055
_____

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; Robert A.
Bauman, Judge.

Hector Hugo Guillen, Jr., pro se.

No appearance for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.